**MICHAEL H. SCHWARTZ, P.C.**
ATTORNEYS AT LAW

ONE WATER STREET
WHITE PLAINS, NEW YORK 10601

www.NYLegalHelp.com

TELEPHONE: 914 997-0071　　　　　　　　　　　　　　　EMAIL: michael@NYLegalHelp.com
FAX: 914 997-0536

July 18, 2017

Honorable Robert D Drain, USBJ
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10603

　　　　　　　　　　　　　Re:  In re Gladstone White
　　　　　　　　　　　　　Case No: 17-22745
　　　　　　　　　　　　　Our File No: 38485

Dear Judge Drain:

　　This letter will confirm that all matters set for July 26, 2017 have been adjourned to September 27, 2017 at 10:00 a.m.

　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　Michael H. Schwartz

MHS/ar